**EXHIBIT D**

Exhibit D: Section 5.02 [Excerpt] from May 2021 Loan and Security Agreement ("LSA") Between 777 and Leadenhall (emphasis added)

Financial Records; Access to Information. Such Borrower shall maintain its books and records in accordance with GAAP. Until the Commitments have expired or been terminated and the Principal Amount of and Interest on each Loan and all other Obligations owed by such Borrower have been paid in full, such Borrower, the Related Servicer and the Related Seller shall, at their respective expense, from time to time during regular business hours as requested by the Administrative Agent, permit the Administrative Agent or its agents or representatives (including

independent public accountants, which may be such Borrower's or an Affiliate's independent public accountants), with reasonable out-of-pocket costs and expenses associated therewith reimbursable to the Administrative Agent by such Borrower (subject to the limitations set forth in Section 9.02), (a) to conduct **audits of the Receivables, the Collateral and the related books and records and collections systems of such Borrower, the Related Servicer or the Related Seller, as the case may be** (which may, in the case of the SPLCSS Borrower and the Dorchester Borrower, include a fee of up to $50 per Eligible Receivable owned by such Borrower payable by such Borrower to a third party selected by the Administrative Agent for initial due diligence of the Receivables), (b) **to examine and make copies of and abstracts from all books, records and documents (including computer tapes and disks) in the possession or under the control of such Borrower, the Related Servicer or the Related Seller, as the case may be, relating to Receivables and Collateral, including the Receivable Files and Related Contracts,** and (c) to visit the offices and properties of such Borrower, the Related Servicer or the Related Seller, as the case may be, for the purpose of examining such materials described in clause (b) above, and **to discuss matters relating to Receivables and the Collateral or such Borrower's, the Related Servicer's or the Related Seller's performance under the Transaction Documents or under the Related Contracts with any of the officers or employees of such Borrower, the Related Servicer or the Related Seller, as the case may be, having knowledge of such matters;** provided that prior to a Default or an Event of Default with respect to such Borrower, the same is done with three (3) Business Days' advance written notice during normal business hours to theextent access to such Borrower's, the Related Servicer's or the Related Seller's premises is required and such Borrower shall be obligated to pay for only two (2) such audits per annum (excluding the initial due diligence audit referenced in clause (i) above); provided that, with respect to the SPLCSS Borrower and the Dorchester Borrower if, following any Borrowing by such Borrower, the aggregate Valuation Amount for all Eligible Receivables owned by such Borrower increases by twenty five percent (25%) or more, then such Borrower shall be obligated to pay for two(2) audits in the twelve-month period following such Borrowing (notwithstanding

the per-annum limitation above). **In conjunction with such audits, examinations and visits, the Administrative Agent and its agents, representatives, advisors or consultants shall have full access during regular business hours to premises, books and records and members of management as may be reasonably requested by the Administrative Agent or any such agent, representative, advisor or consultant in connection with a review of the business and**

**operations of such Borrower (including budgets, records, projections, financial information, reports and turnaround plans) and such Borrower shall at all times cooperate with the reasonable requests of the Administrative Agent and its agents, representatives, advisors or consultants subject to the limitations set forth in the preceding sentence.**

EXHIBIT "D"