**Subject:**          Fw: Backup
**Attachments:**   FW: WMS & JGW Deals; RE: JGW/WMS entry for 777P for 12/31/21; RE: WMS Portfolio - 6/30/2021; WMS Portfolio - 6/30/2021

---

**From:** Karen Gorde <kgorde@suttonpark.com>
**Sent:** Friday, June 7, 2024 11:27 AM
**To:** Paul Kosinski <paul@saiphconsulting.com>
**Subject:** Backup

Hi Paul,

See attached for backup of the different matrices.

Let me know if you need anything else right now.



**Karen Gorde**  Controller
SuttonPark Capital LLC
1855 Griffin Road, Ste B390
Dania Beach, FL 33004
**T** + 561.988.6774  **F** + 561.988.6769

Privileged & Confidential: The information contained in this communication is intended only for the confidential use of the intended recipient. If the reader is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, or copying of this communication is strictly prohibited. If you receive this communication in error, please call us immediately at (800) 670-6777, and destroy the communication.

| | |
|---|---|
| **From:** | Richard Bellissimo <rbellissimo@777part.com> |
| **Sent:** | Friday, February 10, 2023 9:45 AM |
| **To:** | Nicholas Bennett; Alexander Adnani; Karen Gorde |
| **Cc:** | Richard Bellissimo; Josh Klein [777 Partners] |
| **Subject:** | FW: WMS & JGW Deals |

Just an FYI



Richard Bellissimo, CPA, MBA, CGMA
**Director of Corporate Accounting and
Financial Reporting**
777 Partners
777part.com
(M) 917-576-0627
rbellissimo@777part.com

---

**From:** Damien Alfalla <DAlfalla@777part.com>
**Sent:** Friday, February 10, 2023 9:38 AM
**To:** Richard Bellissimo <rbellissimo@777part.com>
**Cc:** Josh Klein <jklein@777part.com>
**Subject:** RE: WMS & JGW Deals

Agree. **Do not put those contracts on the books and records.** In the reconciliation process, we should identify and report these items as differences to management until they are cleared. Even after the amendments, we cannot put them on the books and records. This will be a trade break until we generate the cash to complete the transaction.

Thank you.



*Damien J. Alfalla*
Chief Financial Officer
777 Partners
(O) 212-765-6703
(M) 914-500-3551
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com

---

**From:** Richard Bellissimo <rbellissimo@777part.com>
**Sent:** Friday, February 10, 2023 9:35 AM
**To:** Damien Alfalla <DAlfalla@777part.com>
**Cc:** Richard Bellissimo <rbellissimo@777part.com>; Josh Klein <jklein@777part.com>
**Subject:** FW: WMS & JGW Deals

FYI – See below. What accounting has will be different from what Alex/Nick show from a compliance standpoint. We all understand that we are trying to get an amendment/waiver, but I am not going to change our accounting records since we know where we should land. Wanted to be clear from my point of view. This may lead to more confusion.



Richard Bellissimo, CPA, MBA, CGMA
**Director of Corporate Accounting and Financial Reporting**
777 Partners
777part.com
(M) 917-576-0627
rbellissimo@777part.com

---

**From:** Alex Adnani <aadnani@suttonpark.com>
**Sent:** Friday, February 10, 2023 9:21 AM
**To:** Karen Gorde <kgorde@suttonpark.com>
**Cc:** Josh Klein <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>
**Subject:** RE: WMS & JGW Deals

Hi Karen,

Per Damien we are pursuing an amendment to the credit facility, and therefore showing the assets on the report on a pro-forma basis.

Thanks,

**Alexander Adnani** Financial Analyst
SuttonPark Capital LLC
**T** + 305.921.2869 **M** + 203.747.4350

---

**From:** Karen Gorde <kgorde@suttonpark.com>
**Sent:** Thursday, February 9, 2023 2:04 PM
**To:** Alex Adnani <aadnani@suttonpark.com>
**Cc:** Josh Klein [777 Partners] <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>
**Subject:** WMS & JGW Deals

Hi Alex,

I am wondering if the WMS & JGW deals that were taken off the account records are going to be taken off the December compliance reports for Dorchester and SPLCSS?

I am just trying to see if the matrices are going to have a reconciling difference when tying these reports out.



**Karen Gorde** Assistant Controller
SuttonPark Capital LLC
1855 Griffin Road, Ste B390
Dania Beach, FL 33004
**T** + 561.988.6774 **F** + 561.988.6769

2

Privileged & Confidential: The information contained in this communication is intended only for the confidential use of the intended recipient. If the reader is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, or copying of this communication is strictly prohibited. If you receive this communication in error, please call us immediately at (800) 670-6777, and destroy the communication.

| | |
|---|---|
| **From:** | Karen Gorde <kgorde@suttonpark.com> |
| **Sent:** | Friday, January 6, 2023 1:21 PM |
| **To:** | 'Anthony Lacqua'; Josh Klein [777 Partners]; 'Richard Bellissimo' |
| **Subject:** | RE: JGW/WMS entry for 777P for 12/31/21 |

Thanks

–

**Karen Gorde** Assistant Controller
SuttonPark Capital LLC
**T** + 561.988.6774 **F** + 561.988.6769

---

**From:** Anthony Lacqua <alacqua@777part.com>
**Sent:** Friday, January 06, 2023 1:18 PM
**To:** Karen Gorde <kgorde@suttonpark.com>; Josh Klein [777 Partners] <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>
**Subject:** RE: JGW/WMS entry for 777P for 12/31/21

Snip below – looks like we are still good as of 3/31/22

| > G/L Account: 1090500500 - INVESTMENT IN SUBSIDIARY | -746,792,338.25 | USD |
|---|---|---|


*Anthony Lacqua*
Assistant Controller
777 Partners
Office: (305) 921-2872
Mobile: (347) 466-2496
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com

---

**From:** Karen Gorde <kgorde@suttonpark.com>
**Sent:** Friday, January 6, 2023 1:16 PM
**To:** Anthony Lacqua <alacqua@777part.com>; Josh Klein <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>
**Subject:** RE: JGW/WMS entry for 777P for 12/31/21

Hi Anthony,

I am trying to roll everything forward with the JGW and WMS deals taken off. Can you please let me know what you have for investment in sub with TP of 6500 at 3/31/22?

I have on 6500 side $746,792,338.25 for TP 1000.

It looks like I had already reversed the 3/31/22 payments for JGW and want to make sure that we are on the same page.

–

**Karen Gorde** Assistant Controller
SuttonPark Capital LLC
**T** + 561.988.6774 **F** + 561.988.6769

---

**From:** Anthony Lacqua <alacqua@777part.com>
**Sent:** Tuesday, January 03, 2023 12:10 PM
**To:** Josh Klein [777 Partners] <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>; Karen Gorde <kgorde@suttonpark.com>
**Subject:** JGW/WMS entry for 777P for 12/31/21

Let me know if we are all in agreement here.


777 Partners Entry – posted on 12/31/21
Debit: Investment Purchase payable - $311,139,457.52
Credit: Investment in sub - $311,139,457.52 – trading partner 6500

We also have amounts booked related to payments made on 4/30/22 that total to $47,657,912.68 – are we fixing this right now too? This was a 2022 event and the entry would be the inverse of the above entry.

@Karen Gorde the periods you email me about earlier are now open too.

Let me know on the above so if we are good I can get this into SAP.



*Anthony Lacqua*
Assistant Controller
777 Partners
Office: (305) 921-2872
Mobile: (347) 466-2496
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com

| | |
|---|---|
| **From:** | Richard Bellissimo <rbellissimo@777part.com> |
| **Sent:** | Wednesday, September 7, 2022 8:38 AM |
| **To:** | Anthony Lacqua; Karen Gorde |
| **Cc:** | Josh Klein [777 Partners]; Richard Bellissimo |
| **Subject:** | RE: WMS Portfolio - 6/30/2021 |

Thanks both.

Said differently, I have been raising the WMS portfolio issue for almost a year now. I would like senior management to address the issue at 12/31/21 first in order to move forward with our audits prior to adjusting anything for August 2022. I have had numerous calls, emails, etc. on this matter without any resolution. This issue needs to be addressed.

Rich B.



Richard Bellissimo, CPA, MBA, CGMA
**Director of Corporate Accounting and
Financial Reporting**
777 Partners
777part.com
(M) 917-576-0627
rbellissimo@777part.com

---

**From:** Anthony Lacqua <alacqua@777part.com>
**Sent:** Wednesday, September 7, 2022 8:29 AM
**To:** Karen Gorde <kgorde@suttonpark.com>
**Cc:** Josh Klein <jklein@777part.com>; Richard Bellissimo <rbellissimo@777part.com>
**Subject:** RE: WMS Portfolio - 6/30/2021

Hi Karen –
Can we get either Fred or Damien's approval prior to recording anything? With all of the issues surrounding the WMS portfolio, Rich and I don't want to book additional entries that start changing what we have booked related to WMS without approval just because all of this is still up in the air in terms of how its going to be handled for the audits.

Thanks.



*Anthony Lacqua*
Assistant Controller
777 Partners
Office: (305) 921-2872
Mobile: (347) 466-2496
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com

---

**From:** Karen Gorde <kgorde@suttonpark.com>
**Sent:** Tuesday, September 6, 2022 5:07 PM

**To:** Anthony Lacqua <alacqua@777part.com>
**Cc:** Josh Klein <jklein@777part.com>
**Subject:** WMS Portfolio - 6/30/2021

Hi Anthony,

The deals listed below are not going to be purchased from WMS and need to be taken off. I am taking them off at 8/31/22 and will be recording the SPC side of the entry.

**The entry for the WMS purchase on SPC side that I am booking is:**
CR 1040200100 (Guaranteed Assets) $1,217,606.12
CR 1050200100 (Lottery Assets) $1,389,919.95
DR 3040200100 (Members Distribution) $2,517,526.07 (TP 1000)
To record the write off of deals not being purchased from WMS.


**The entry on 777 side would be:**
CR 1090500500 (Invest in Sub) $2,517,526.07
DR 2100100100 (Invst Purchase Payable) $2,517,526.07 (TP 6500)
To record the write off of deals not being purchased from WMS.

Let me know if you have any questions.

_

**Karen Gorde** Assistant Controller
SuttonPark Capital LLC
**T** + 561.988.6774 **F** + 561.988.6769

---

**From:** Abhishek Ladsaria <aladsaria@suttonpark.com>
**Sent:** Tuesday, September 06, 2022 11:31 AM
**To:** Karen Gorde <kgorde@suttonpark.com>
**Cc:** Josh Klein [777 Partners] <jklein@777part.com>
**Subject:** Matrix

Hi Karen,

These files can be removed from the WMS Portfolio.
These are not pledged anywhere, and we know that we won't be funding these.

| | | |
|---|---|---|
| 76024 | 06/30/21 | $$BALL |
| 76025 | 06/30/21 | $$BARKS |
| 76026 | 06/30/21 | $$BARRIOSM |
| 76030 | 06/30/21 | $$BOWNEB |
| 76039 | 06/30/21 | $$CHAVES0 |
| 76042 | 06/30/21 | $$CRICK |
| 76047 | 06/30/21 | $$DOBBS |
| 76053 | 06/30/21 | $$JOHNSONB |
| 76058 | 06/30/21 | $$KNAPP |
| 76061 | 06/30/21 | $$LOVE |
| 76063 | 06/30/21 | $$MARDARISHB |

| 76070 | 06/30/21 | $$MENDOZA |
| 76072 | 06/30/21 | $$MONLIN2 |
| 76078 | 06/30/21 | $$POWELL |
| 76083 | 06/30/21 | $$ROBINSONF |
| 75953 | 06/30/21 | $$SEWARD NY |
| 76089 | 06/30/21 | $$SOARES 2 |
| 75982 | 06/30/21 | $$TANSKIC |
| 76092 | 06/30/21 | $$THOMASW |
| 76093 | 06/30/21 | $$TOBACCO |
| 76016 | 06/30/21 | $$YOUNG2 |
| 76027 | 06/30/21 | $$BARTON |

Regards,



**Abhishek Ladsaria**
Senior Financial Analyst
SuttonPark Capital LLC
**M** + 773.934.9114

| | |
|---|---|
| **From:** | Karen Gorde <kgorde@suttonpark.com> |
| **Sent:** | Tuesday, September 6, 2022 5:07 PM |
| **To:** | 'Anthony Lacqua' |
| **Cc:** | Josh Klein [777 Partners] |
| **Subject:** | WMS Portfolio - 6/30/2021 |

Hi Anthony,

The deals listed below are not going to be purchased from WMS and need to be taken off. I am taking them off at 8/31/22 and will be recording the SPC side of the entry.

**The entry for the WMS purchase on SPC side that I am booking is:**
CR 1040200100 (Guaranteed Assets) $1,217,606.12
CR 1050200100 (Lottery Assets) $1,389,919.95
DR 3040200100 (Members Distribution) $2,517,526.07 (TP 1000)
To record the write off of deals not being purchased from WMS.


**The entry on 777 side would be:**
CR 1090500500 (Invest in Sub) $2,517,526.07
DR 2100100100 (Invst Purchase Payable) $2,517,526.07 (TP 6500)
To record the write off of deals not being purchased from WMS.

Let me know if you have any questions.

–

**Karen Gorde** Assistant Controller
SuttonPark Capital LLC
**T** + 561.988.6774 **F** + 561.988.6769

---

**From:** Abhishek Ladsaria <aladsaria@suttonpark.com>
**Sent:** Tuesday, September 06, 2022 11:31 AM
**To:** Karen Gorde <kgorde@suttonpark.com>
**Cc:** Josh Klein [777 Partners] <jklein@777part.com>
**Subject:** Matrix

Hi Karen,

These files can be removed from the WMS Portfolio.
These are not pledged anywhere, and we know that we won't be funding these.

| | | |
|---|---|---|
| 76024 | 06/30/21 | $$BALL |
| 76025 | 06/30/21 | $$BARKS |
| 76026 | 06/30/21 | $$BARRIOSM |
| 76030 | 06/30/21 | $$BOWNEB |
| 76039 | 06/30/21 | $$CHAVES0 |

1

| 76042 | 06/30/21 | $$CRICK |
| 76047 | 06/30/21 | $$DOBBS |
| 76053 | 06/30/21 | $$JOHNSONB |
| 76058 | 06/30/21 | $$KNAPP |
| 76061 | 06/30/21 | $$LOVE |
| 76063 | 06/30/21 | $$MARDARISHB |
| 76070 | 06/30/21 | $$MENDOZA |
| 76072 | 06/30/21 | $$MONLIN2 |
| 76078 | 06/30/21 | $$POWELL |
| 76083 | 06/30/21 | $$ROBINSONF |
| 75953 | 06/30/21 | $$SEWARD NY |
| 76089 | 06/30/21 | $$SOARES 2 |
| 75982 | 06/30/21 | $$TANSKIC |
| 76092 | 06/30/21 | $$THOMASW |
| 76093 | 06/30/21 | $$TOBACCO |
| 76016 | 06/30/21 | $$YOUNG2 |
| 76027 | 06/30/21 | $$BARTON |

Regards,



**Abhishek Ladsaria**
Senior Financial Analyst
SuttonPark Capital LLC
**M** + 773.934.9114