# Exhibit 3

## ARREST / NOTICE TO APPEAR

1. Arrest (No Warrant)  3. Request for Warrant
6. Arrest (Warrant)     4. Request for Capias
2. N.T.A.               5. Juvenile Referral

**1**   JUVENILE

**ADMINISTRATION**

| OBTS Number | | |
|---|---|---|

| Agency ORI Number | Agency Name | Agency Report Number (N.T.A.s only) |
|---|---|---|
| 0500200 | Boca Raton Police Department | 3  2  2024-01600 |

Charge Type:
Check as many as apply.
- [X] 1. Felony
- [ ] 2. Traffic Felony
- [ ] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other _____

If Weapon Seized
Enter Type **UNARMED**

Multiple Clearance Indicator

| Location of Arrest (Including Name of Business) | Location of Offense (Business Name, Address) |
|---|---|
| 100 NW 2ND AVE, BOCA RATON, FL  33432 | 2255 W GLADES RD 100E, BOCA RATON, FL 33431 |

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 09/19/2024 | 11:10 | 09/19/2024 | 10:35 | / / | : : | |

**DEFENDANT**

Name (Last, First, Middle)
**DAVIS, NOAH LAUTIN**       Alias:       Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race W - White  I - American Indian  B - Black  O - Oriental/Asian | Sex | Date of Birth | Height | Weight | Eye Color | Hair Color | Complexion | Build |
|---|---|---|---|---|---|---|---|---|
| W | M | ▓▓▓ | 6'00 | 180 | BLUE | GRAY | LIGHT | Large |

Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description)

Marital Status: **M**   Religion

Indication of Alcohol Influence  Yes [ ] No [X] Unk [ ]
Drug influence  Yes [ ] No [X] Unk [ ]

| Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Residence Type |
|---|---|---|---|---|---|
| 7935 CHULA VISTA CRES, BOCA RATON, FL 33433 | | | | (561) 445-8941 | 1 City  3 Florida  2 County  4 Out of State   **2** |

| Permanent Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|---|
| 7935 CHULA VISTA CRES, BOCA RATON, FL 33433 | | | | (561) 445-8941 | FL DL |

| Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|
| SAIPH CONSULTANT, | | | | | |

| D/L Number, State | Soc. Sec. Number | INS Number | Place of Birth (City, State) | Citizenship |
|---|---|---|---|---|
| D120632682970 / FL | ▓▓▓ | | SILVERSPRING, MD | US |

**CODEF**

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | |
|---|---|---|---|---|
| | | | | [ ] 1. Arrested [ ] 3. Felony [ ] 5. Juvenile  [ ] 2. At Large [ ] 4. Misdemeanor |
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | [ ] 1. Arrested [ ] 3. Felony [ ] 5. Juvenile  [ ] 2. At Large [ ] 4. Misdemeanor |

**JUVENILE**

[ ] Parent  [ ] Other _____  [ ] Legal Custodian       Name (Last, First, Middle)       Residence Phone

Address (Street, Apt. Number)       (City)       (State)       (Zip)       Business Phone

Notified by: (Name)       Date       Time

JUVENILE DISPOSITION
1 Handled/Processed within Department and Released
2. TOT JAC
3. Incarcerated

Released To: (Name)       Relationship       Date       Time

The above address was provided by [ ] defendant and/or [ ] defendant's parents.
The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address.
[ ] Yes, by _____  [ ] No

School Attended       Grade

Property Crime?  [ ] Yes [X] No       Description of Property       Value of Property

**CODE**

| Drug Activity N N/A  P Possess | S. Sell B Buy T. Traffic | R. Smuggle D. Deliver E. Use | K. Disperses/ Distribute | M. Manufacture/ Produce/ Cultivate | Z. Other | Drug Type N. N/A  A. Amphetamine | B. Barbiturate C. Cocaine E. Heroin | H. Hallucinogen M. Marijuana O. Opium/Deriv. | P Paraphernalia/ Equipment S. Synthetic | U. Unknown Z. Other |
|---|---|---|---|---|---|---|---|---|---|---|

**CHARGE**

| Charge Description | | | | | | | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|---|---|---|---|
| BURGLARY - STRUCTURE | | | | | | | 810.02(2C2) | |

| Drug Activity | Drug Type N | Amount / Unit | Offense # / | Counts 1 | Domestic Violence [ ] Y [X] N | Warrant / Capias Number | Bond NC BCN1 |
|---|---|---|---|---|---|---|---|

| Charge Description | | | | | | | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|---|---|---|

| Drug Activity | Drug Type | Amount / Unit | Offense # / | Counts | Domestic Violence [ ] Y [ ] N | Warrant / Capias Number | Bond |
|---|---|---|---|---|---|---|---|

| Charge Description | | | | | | | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|---|---|---|

| Drug Activity | Drug Type | Amount / Unit | Offense # | Counts | Domestic Violence [ ] Y [ ] N | Warrant / Capias Number | Bond |
|---|---|---|---|---|---|---|---|

**INITIAKE**

Health / Apparent Physical Condition of Defendant
Any knowledge of the following: [ ] Mental [ ] Escape Risk [ ] Medication [ ] Deformities [ ] Injuries
Explain.

Check which applies: [ ] Released O.R. [ ] Released to Parent/Guardian [ ] T.O.T. County Jail [ ] Posted Bond [ ] South County Mental Health

PROPERTY - Received By       Released By       Released To

Transported By

| Date Transported | Time Transported | Other |
|---|---|---|
| 09/19/2024 | 10:55 | |

FILED PBC - GUN CLUB
'24 SEP 20 AM 6:00

**NOTICE TO APPEAR**

[ ] INSTRUCTION NO. 1 - Mandatory appearance in court
[X] INSTRUCTION NO. 2 - You need not appear in Court but must comply with instructions on Page 2.

Location (Court, Room)
**South County 200 W Atlantic Ave Delray Beach, FL 33444**
Court Date and Time

No Photo Available

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian)       Date Signed

**ADMIN**

HOLD for Other Agency
[ ] Dangerous  [ ] Resisted Arrest
[ ] Suicidal  [ ] Other

| Signature of Arresting Officer | Name Verification (Printed by Arrestee) |
|---|---|

Name of Arresting Officer (Print)
**YOCKEL, K. T.**   I.D. # **846**

(PRINT)

| Intake Deputy | I.D. # 7464 | Pouch # | Transporting Officer C. DESIR | I.D. # | Agency | Witness here if subject signed with an "X". | PAGE 1 OF 1 |
|---|---|---|---|---|---|---|---|

SCANNED
SEP 20 2024

[ ] COURT  [ ] STATE ATTORNEY  [ ] AGENCY  [ ] CENTRAL RECORDS  [ ] JAIL  [ ] CRIME ANALYSIS  [ ] P.I.O.  [ ] DEFENDANT

NOT A CERTIFIED COPY

PROBABLE CAUSE AFFIDAVIT

| | |
|---|---|
| OBTS Number | 1 Arrest  3 Request for Warrant  1  JUVENILE |
| | 2 N.T.A.  4 Request for Capias |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| **FL FL0500200** | **BOCA RATON POLICE DEPARTMENT** | **3 | 2 | 2024-010600** |

Charge Type: Check as many as apply.
[X] 1. Felony  [ ] 3. Misdemeanor  [ ] 5. Ordinance
[ ] 2. Traffic Felony  [ ] 4. Traffic Misdemeanor  [ ] 6. Other

Special Notes:

Name (Last, First, Middle) | Alias | Race | Sex | of Birth
**DAVIS, NOAH LAUTIN** | | W | M | ▉

Charge Description | Charge Description
**FSS 810.02(2) BURGLARY STRUCTURE** |

Charge Description | Charge Description

Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth
**SUTTON PARK CAPITAL,**

Local Address (Street, Apt. Number) | (City) | (State) | (Zip) | Phone | Address Source
**2255 W GLADES RD 118E, BOCA RATON, FL 33431** | **(305) 921-6515**

Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.

The Person taken into custody . . .
[ ] committed the below acts in my presence.
[ ] confessed to _____ admitting to the below facts.
[ ] was observed by _____ who told _____ that he/she saw the arrested person committ the below acts
[X] was found to have committed the below acts, resulting from my (described) investigation.

On the __17__ day of __September__, __2024__ at __11:16__ (Specifically include facts constituting cause for arrest.)

On 9/10/24, I was assigned a follow up investigation for a Burglary to an office that occurred at 2255 W Glades Rd (Suite 100E.) Mollie Wander, an attorney for Sutton Park Capital reported that former employee Noah Davis, accessed their office on 9/5/24 at approximately 2015 hours and removed 6 laptop computers. Davis resigned from the company in April 2024. Wander also suspects that Davis hacked the company`s computer system in August, and they are currently investigating that.

On 9/11/24, I spoke with Wander. She stated they have interior surveillance footage of Davis inside the office removing several items. They spoke with the building property manager who advised that Davis used an old key Fob to enter the property. They have since de-activated the FOB. Sutton Park is preparing a list of computers taken and will provide that to me when they have it. They also will provide the security footage. A check of Leads online shows no activity for Davis. Sutton Park also advised that Davis was now employed by Saiph Consulting.

On 9/12/24, I met with Shawn Taheri who is the current director of IT for Sutton Park. It should be noted the reported stolen laptops were taken from his locked desk drawer. The following is a summary of Taheri`s recorded statement: Taheri came into work on Monday 9/9/24, and realized that eight ThinkPad computers (total value of $5631.61) were missing from his locked desk drawer. Taheri reviewed security footage from 9/5/24 until he arrived the morning of 9/9/24. Taheri observed a suspect and identified him as Noah Davis, a prior employee who had unexpectedly resigned from Sutton Park in April of 2024 as Director of IT. Since that time Davis should have had no access to the building or office spaces. It should be noted that Taheri has known Davis for 3.5 years as a co-worker, and Davis was a part of Taheri`s Wedding ceremony. Furthermore, Taheri stated that Davis walks with a distinct gate, and he is absolutely certain it is Davis in the video.

SWORN AND SUBSCRIBED BEFORE ME

**IMMLER, AMANDA**
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

**09/17/2024**
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

**YOCKEL, KURT THOMAS   (846)**
NAME OF OFFICER (PLEASE PRINT)

**09/17/2024**
DATE

PAGE
1 OF 3

COURT   STATE ATTORNEY   CENTRAL RECORDS   JAIL   CRIME ANALYSIS   P. I. O.

SCANNED
SEP 20 2024

NOT A CERTIFIED COPY

| OBTS Number | | | PROBABLE CAUSE AFFIDAVIT SUPPLEMENT | | 1. Arrest 2. N.T.A. | 3. Request for Warrant 4. Request for Capias | 1 | JUVENILE | |

| Agency ORI Number | Agency Name | | Agency Report Number | Special Notes: |
|---|---|---|---|---|
| FL FL0500200 | BOCA RATON POLICE DEPARTMENT | | 3 | 2 2024-010600 | |

Charge Type — Check as many as apply:
☒ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| **DAVIS, NOAH LAUTIN** | | W | M | ▓▓▓ |

The following is a synopsis of the video surveillance: On 9/5/24 at approximately 2015 hours, Davis entered the locked business at 2255 W Glades using a key FOB and then entered the unlocked door to Sutton Park (Suite 100E). Davis paused outside the glass doors and looked inside, as if to see if anyone is there, prior to attempting to enter. Davis was dressed in business attire carrying a large black duffle style bag and a brown cross shoulder bag that appeared to be empty. Davis proceeded to enter the suite and then the conference room and several different office spaces throughout the suite. He placed the bags down near a desk, adjacent to the breaker room. It should be noted there is video footage of almost the entire incident, but it does not show inside any individual offices. While attempting to enter the server room, he appeared to be startled by an unknown noise, and he runs to the back of the office space in what appears to be an attempt to conceal himself. He later entered the server room, and one surveillance camera becomes disabled. Several plugs for the system were also unplugged, it what seems to be an attempt to disable the entire system. He continued throughout the suite and at some point in time he picked up keys that were left on the old desk of the CEO which included a key to Taheri's desk drawer. There also appeared to be several binders and documents missing from the CEO's office, but that has yet to be confirmed. Davis was seen repeatedly going over to the desk where his bags were located. When he leaves the office at approximately 2106 hours through the back door, the duffel bag and shoulder bag appear to be noticeably heavier and full of items. It should be noted that Taheri continued to watch video through 9/9/24 (when he returned to work.) The only other people captured that access the office are the cleaning ladies, and they leave empty handed.

Taheri compiled a list of all serial numbers of the laptops that were taken from his drawer and provided them to me. All of the laptops have been entered into NCIC/FCIC. Taheri wished to pursue criminal charges against Davis. Additionally, I spoke with Mollie Wander, the Senior Council for Sutton Park who confirmed Sutton Park also wished to pursue criminal charges.

On 9/13/24, I received information that Davis was no longer employed by Saiph Consulting. I met with Paul Kosinski, the owner of the company. Kosinski was shown a still image from Sutton Park security footage associated to this investigation, and immediately identified the male in the photo as Noah Davis. Kosinski confirmed that Davis was no longer employed by Saiph consulting.

Detective Lamia and I met with Davis at his residence of 7935 Chula Vista Crescent, Boca Raton. The following is a synopsis of our interaction on BWC: Davis was read his constitutional warnings from a pre-printed agency card. Davis advised that he had retained an attorney and did not wish to speak with us. Davis provided his attorneys contact information for me to discuss the investigation with.

After conducting this investigation Probable Cause exists that Noah Davis did enter 2255

| SWORN AND SUBSCRIBED BEFORE ME | | SIGNATURE OF ARRESTING / INVESTIGATING OFFICER | |
|---|---|---|---|
| **IMMLER, AMANDA** 769 | | | |
| NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10) | | **YOCKEL, KURT THOMAS (846)** | |
| **09/17/2024** | | NAME OF OFFICER (PLEASE PRINT) | |
| DATE | | **09/17/2024** | PAGE |
| | | DATE | 2 OF 3 |

COURT        STATE ATTORNEY        CENTRAL RECORDS        JAIL        SCANNED CRIME ANALYSIS        P.I.O.

SEP 20 2024

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT SUPPLEMENT | | 1. Arrest   3. Request for Warrant<br>2. N.T.A   4. Request for Capias | **1** | JUVENILE |

| Agency ORI Number | Agency Name | Agency Report Number | |
|---|---|---|---|
| **FL FL0500200** | **BOCA RATON POLICE DEPARTMENT** | **3 \| 2** | **2024-010600** |

Charge Type: Check as many as apply
- [X] 1. Felony
- [ ] 2. Traffic Felony
- [ ] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| **DAVIS, NOAH LAUTIN** | | **W** | **M** | ███████ |

W Glades, Suite 100E without authorization, and he moved surreptitiously around the property with the intent to steal and did in fact take 8 laptops valued at $5631.61 therefore violating the following FSS:

810.02(2)- Burglary to a structure

NOT A CERTIFIED COPY

SWORN AND SUBSCRIBED BEFORE ME

**IMMLER, AMANDA**

NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

**09/17/2024**
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

**YOCKEL, KURT THOMAS   (846)**
NAME OF OFFICER (PLEASE PRINT)

**09/17/2024**
DATE

PAGE **3** OF **3**

SCANNED
SEP 2 0 2024

COURT          STATE ATTORNEY          CENTRAL RECORDS          JAIL          CRIME ANALYSIS          P. I. O.

 **Palm Beach County Sheriff's Office**
Florida State Statute Exemption Sheet

| | X | Florida State Statute | Description | Page Number(s) |
|---|---|---|---|---|
| **L/E Exemptions** | ☐ | 119.071(4)(c) | Undercover personnel | |
| | ☐ | 119.071(2)(e) | Confession | |
| **Public Info. Exemptions** | ☐ | FL Const. Art. I, s. 16(b)(5) | Marsy's Law – victim information shall be redacted. The term "victim" also includes the victim's lawful representative, the parent or guardian of a minor, or the next of kin of a homicide victim. The term "victim" does not include the accused (ref. page 99 of the CRTM for additional information) | |
| | ☐ | 119.071(2)(j) | Home/employment telephone number, home/employment address, or personal assets of a person who has been the victim of sexual battery, aggravated child abuse, aggravated stalking, harassment, aggravated battery or domestic violence | |
| | ☐ | 119.0712(2) | Personal information contained in a motor vehicle record | |
| | ☐ | 316.650(11) | Driver information contained in a uniform traffic citation | |
| | ☐ | 119.071(4)(d)2.a. | Home addresses, telephone numbers, dates of birth, and photographs of active/former LE personnel, spouses, and children | |
| **Florida Rules of Judicial Administration 2.420** | ☒ | (iii) 119.0714(1)(i)-(j), (2)(a)-(e) | Social Security, bank account, charge, debit, and credit card numbers | 2 |
| | ☐ | (xii) 741.30(3)(b) | The victim's address in a domestic violence action on petitioner's request | |
| | ☐ | (xiii) 119.071(2)(h), 119.0714(1)(h) | Protected information regarding victims of child abuse or sexual offenses | |
| | ☐ | | | |
| | ☐ | | | |
| **Other** | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |

<u>**REVIEW COMPLETED BY**</u>

| **Booking Number:** 2024025438 | **Date:** 9/20/2024 |
|---|---|
| | **Specialist Name/ID#:**   T. Howard/7185 |

NOT A CERTIFIED COPY

SCANNED

SEP 20 2024

REV. 09/2023