# Exhibit 6

**From:** Leigh Nathanson <lnathanson@kslaw.com>
**Sent:** Thursday, August 15, 2024 5:06 PM
**To:** Pellegrino, David <dpellegrino@sgrlaw.com>; rogerschwartz <rogerschwartz@paulhastings.com>
**Cc:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>
**Subject:** Re: Leadenhall v Wander - Technology Issues

Hi David,

Just reaching out for an update here. Please let us know the status ASAP.

Thanks.

Best,
Leigh

**Leigh M. Nathanson**
*Partner*

T: +1 212 790 5359  |  E: lnathanson@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036

**From:** Leigh Nathanson
**Sent:** Wednesday, August 14, 2024 4:53:16 PM
**To:** Pellegrino, David <dpellegrino@sgrlaw.com>; rogerschwartz <rogerschwartz@paulhastings.com>
**Cc:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>
**Subject:** RE: Leadenhall v Wander - Technology Issues

David,

Please let us know the nature of the technological issues, when they arose, and whether there is any concern about data loss and/or breach.  Please also let us know whether the issues have affected access by anyone (internal or external) other than Leadenhall and Saiph.  We appreciate your keeping us posted on your client's efforts to resolve the issue and would appreciate an update as soon as possible as to estimated timing for restoration of access.

Best,
Leigh

**Leigh M. Nathanson**

T: +1 212 790 5359  |  E: lnathanson@kslaw.com  |  Bio  |  vCard

 King & Spalding

**From:** Pellegrino, David <dpellegrino@sgrlaw.com>
**Sent:** Wednesday, August 14, 2024 4:30 PM
**To:** Leigh Nathanson <lnathanson@kslaw.com>; rogerschwartz <rogerschwartz@paulhastings.com>
**Cc:** McCarthy, John G. <JMCCARTHY@sgrlaw.com>
**Subject:** Leadenhall v Wander - Technology Issues

CAUTION: MAIL FROM OUTSIDE THE FIRM
Leigh and Roger, Due to technological issues, the 777 Entities needed to suspend Leadenhall's access to the MPFin system including the access previously granted to its agents, Paul Kosinski and Lauren Boersig of Saiph Consulting. Our clients are actively working on resolving this issue and we will let you know when we hear more.

Regards,

David

**David A. Pellegrino**
*Partner*
Smith, Gambrell & Russell, LLP

---

p | 646-887-9575
f | 646-887-8165
e | dpellegrino@sgrlaw.com
1301 Avenue of the Americas | 21st Floor | New York, NY 10019
www.sgrlaw.com

 Smith Gambrell Russell

---