# Exhibit 7

**Date:** June 21, 2024 at 5:22:43 AM CDT
**To:** Jim Howard <jhoward@brileyfin.com>, Mark Shapiro <mshapiro@brileyfin.com>
**Cc:** Tom Spreutels <Tom.Spreutels@leadenhallcp.com>, Craig Gillespie <Craig.Gillespie@leadenhallcp.com>, Tom Foot <Tom.Foot@leadenhallcp.com>, Luca Albertini <Luca.Albertini@leadenhallcp.com>, John Wells <John.Wells@leadenhallcp.com>
**Subject: Leadenhall Information requests regarding 777**

**[EXTERNAL]**

Mark, Jim,

Consistent with our information rights under the Loan and Security Agreement, we need updates regarding state of assets and liabilities of 777 Partners LLC and 600 Partners LLC.  Given the provision of such information is required under the Loan and Security Agreement, it is important that we receive this information as soon as possible . Please note that this information is in addition to our prior requests and requests made by our counsel, King & Spalding and Paul Hastings.  In particular, we would like further information on the following:.

1. Any interim results from Kroll (as available)?
2. An update of the Holding Companies' outstanding debts secured and unsecured and guarantees (our current file is attached). We understand the JARM loan may have been converted  into the debts of Partners and certain debts may have received additional guarantees since the attached spreadsheet was shared.
3. We would also like the latest Moelis Valuations for the Football teams and the debts associated with them. Please provide the most recent financial accounts for the footballs silo and teams, audited were possible but specifically YE 2023 and Q1 2024, BS, IS, and CF (as available)
4. Can B. Riley confirm what sales processes are underway for assets and can they share any marketing and valuation material from advisers obtained in the process?
5. All asset sales which occurred since March-23 be confirmed, including entities and proceeds and any debt repayments.  Please include (i) the value of the proceeds of the transfer of the Boeing Purchase Contracts and leasing SPV interests to AIP, and (ii)the value of the proceeds from the CBC Settlements sale.
6. In addition, please provide current debts outstanding at the subsidiaries below along with the most recent financial accounts, audited were possible but specifically YE 2023 and Q1 2024, BS, IS, and CF (as available):.

   1. MCAG
   2. UOWN
   3. Brickell PC & Sutton National
   4. TAMI
   5. Equipment Finance
   6. Film Completion Bonds
   7. Deed Street Capital
   8. Pivotal Post EPS-Cineworks
   9. FZ Sports (Fanatiz, Nunchee, 1190)
   10. United Star Group
   11. Omni Latam
   12. SilverTrak / Buff Dubs
   13. SOUNDWaves

Thank you and please forward the information on a rolling basis as you have it, rather than all in one go.


Best Regards,

**Phil Kane**
**Principal Trading, Senior Credit Officer**
**Leadenhall Capital Partners LLP**
Level 15, 70 Mark Lane, London, EC3R 7NQ
Tel:  +44 (0) 207 871 7280
Mob: +44 (0) 78 4333 0471