# Exhibit 8

**From:** Schwartz, Roger G. <rogerschwartz@paulhastings.com>
**Sent:** Wednesday, July 3, 2024 6:04 PM
**To:** Christopher Jarvinen <cjarvinen@bergersingerman.com>
**Subject:** Agenda for Call/Availability

[External E-mail]

Christopher:

Thank you for the call earlier today.  In connection with setting an agenda for a call among business folks and counsel, please see below for a detailed list of pending information and access requests that we can use as a preliminary agenda for the call.  In terms of availability, we could do a call on Friday between 10-1 and on Monday between 10-1 as well.  Please let me know what might work.  Thank you in advance.

Information and Access Requests

Sutton Park

- Assignment and release documents for Saiph to complete chain of title analysis. Leadenhall has been requesting this from 777/Sutton Park since the beginning of 2024, Saiph has asked B Riley (Jim Howard) and Fred Love (SPC) since end of May 2024. Related to these assignment and releases is a pending request for portfolio purchase documents for portfolio acquisitions made by SPC.
- Permission for Saiph to follow up directly with originators to collect missing binder documentation identified on Leadenhall receivables. Saiph discussed with B Riley Jim Howard on Monday 1 July
- Master Assignee List to be provided to MT Bank for payment redirection from Wells Fargo to MT Bank for a period of 6 months while new servicer DRB redirects payments.
- Litigation log has been requested from several parties for new servicer DRB to receive so that DRB can identify and begin managing receivables. B. Riley has advised that Fred Love holds this log.
- Historic payment delinquency reporting and weekly payment delinquency and collection reporting data feeds to be provided to Saiph and DRB as soon as possible so that delinquent payments can be managed and resolved. SPC has no operational requirements to do this given reduction in staffing.

Signal

- Catch up reporting with the delinquent May report due on Friday 5 July is progressing.  Status of June reporting which is due on Friday 12 July?
- Issues and information related to accounts/DACAs as originators remitting payments to a Signal TopCo concentration account and then amount distributed from there to each of the Leadenhall SPV Signal SML4 and the 777 Re/ACAP SPV "MedSett".
- Details on the F4D litigation and existing litigation correspondence between 777 and F4D.

Insurety

- Resolution of DACA issues.

Brickell

- Updates and information related to 777 Re visibility.



**Roger G. Schwartz** | **Partner**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 |
Direct: +1.212.318.6358 | Mobile: +1.917.242.2718 |
rogerschwartz@paulhastings.com | www.paulhastings.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.