UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-cv-81143-DMM

777 PARTNERS LLC and
SUTTONPARK CAPITAL LLC,

      Plaintiffs,

v.

LEADENHALL CAPITAL PARTNERS LLP,
LEADENHALL LIFE INSURANCE LINKED
INVESTMENTS FUND PLC, NOAH DAVIS,
SAIPH CONSULTING LLC, and
PAUL KOSINSKI,

      Defendants.

_____/

## DEFENDANT NOAH DAVIS' ANSWER TO THE AMENDED COMPLAINT

Defendant Noah Davis, through the undersigned counsel, hereby answers the correspondingly numbered paragraphs of Plaintiff 777 Partners LLC and SuttonPark Capital LLC's Amended Complaint. (DE68) as follows:

1. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

2. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

3. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

1

4. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

5. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

6. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

**PARTIES**

**Plaintiffs**

7. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

8. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

**Defendants**

9. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

10. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

11. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

12. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

13. The Defendant admits he resides in Boca Raton, Florida. As to all other allegations in the corresponding paragraph of the Amended Complaint, the Defendant asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## JURISDICTION AND VENUE

14. The Defendant admits he has been sued by Plaintiffs asserting the various claims detailed in the corresponding paragraph of the Amended Complaint.

15. Admitted for Mr. Davis's personal jurisdiction only.

16. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

17. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

## FACTUAL BACKGROUND

18. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

19. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

20. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

21. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

3

22. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

23. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

24. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

25. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

26. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

27. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

28. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

29. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

30. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

31. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

32. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

33. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

34. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

35. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

36. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

37. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

38. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

39. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

40. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

41. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

42. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

43. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

44. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

45. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

46. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

47. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

48. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

49. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

50. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

51. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

52. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

53. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

54. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

55. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

56. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

57. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

58. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

59. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

60. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

61. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

62. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

63. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

64. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

65. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

66. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

67. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

68. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

69. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

70. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

71. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

72. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

73. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

74. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

75. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

76. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

77. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

78. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

79. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

80. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

81. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

82. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

83. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

84. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

85. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

86. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

87. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

88. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

89. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

90. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

91. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

92. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

93. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

94. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

95. The Defendant lacks the requisite knowledge or information sufficient to form a belief about the truth of the instant allegations.

96. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

97. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

98. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

99. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## CLAIMS FOR RELIEF

## FIRST CLAIM

100.    The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

101.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

102.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

103.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

104.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

105.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

106. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

107. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

108. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## SECOND CLAIM FOR RELIEF

109. The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

110. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

111. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

112. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

113. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

114. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## THIRD CLAIM FOR RELIEF

115. The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

116. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

117. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

118. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

119. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## FOURTH CLAIM FOR RELIEF

120. The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

121. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

122. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

123. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

124. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

125. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## FIFTH CLAIM FOR RELIEF

126. The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

127. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

128. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

129. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

130. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## SIXTH CLAIM FOR RELIEF

131. The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

132. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

133. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

134. The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

135.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

136.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## SEVENTH CLAIM FOR RELIEF

137.    The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

138.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

139.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

140.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

141.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

142.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

143.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## **EIGHTH CLAIM FOR RELIEF**

144.  The Defendant incorporates by reference as if fully set forth in this Count each of its answers as to paragraphs 1 through 99.

145.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

146.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

147.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

148.  The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

149.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

150.    The Defendant respectfully declines to answer this paragraph of the Amended Complaint and asserts his privilege and right against self-incrimination, pursuant to the Fifth Amendment to the U.S. Constitution and Art. I, § 9 of Florida's Constitution.

## PRAYER FOR RELIEF

The Defendant denies that Plaintiffs are entitled to any of the relief sought in the Prayer for Relief or its subparts, as set forth in Paragraph 151.

## DEMAND FOR TRIAL BY JURY

The Defendant need not respond to Plaintiffs' demand for a jury trial.

Date: February 3, 2025

Respectfully submitted,
___/s/ Leonard Feuer_____
Leonard S. Feuer
Florida Bar No.: 501751
Leonard Feuer, P.A.
500 S. Australian Avenue, Suite 500
West Palm Beach, FL 33401
E-mail: lfeuer@feuerlawfirm.com
Telephone:    (561) 659-1360
Fax:          (561) 249-4100

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____s/ Leonard S. Feuer_____
Leonard S. Feuer, Esq.
Florida Bar No.: 501751