# Exhibit 12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

AT WEST PALM BEACH DIVISION

CASE NO. 24-81143-CIV-DMM

- - - - - - - - - - - - - - - - X
777 PARTNERS, LLC, et al.,
                                    :
                    Plaintiffs,
                                    :
        -against-
                                    :
LEADENHALL CAPITAL PARTNERSHIP
LLP, et al.,                        :

                    Defendants.:
- - - - - - - - - - - - - - - - X



O R I G I N A L


        Remote Videoconferenced Deposition of
JENNIFER L. LOGEE, taken by Plaintiffs, pursuant to
Subpoena and Re-Notice, hosted through Zoom Video
Communications, Inc., on February 27th, 2025,
commencing at 10:48 a.m., before Margaret Gmerek, a
Certified Shorthand (Stenotype) Reporter and Notary
Public within and for the State of Connecticut.

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
Jennifer L. Logee on 02/27/2025

Page 2

A P P E A R A N C E S:

Messrs. SMITH GAMBRELL & RUSSELL, LLP
        Attorneys for Plaintiff
            (212) 907-9700
            jmccarthy@sgrlaw.com
            1301 Avenue of the Americas
            15th Floor
            New York, NY 10019 USA

    BY:   JOHN McCARTHY, Esq., Partner

              - and -

    BY:   DAVID PELLEGRINO, Esq.

Messrs. KING & SPALDING
        Attorneys for Defendants Leadehall Capital
        Partners, LLP, and Leadenhall Life Insurance
        Linked Investments Fund, PLC.
            (305) 462 6028
            bmiller@kslaw.com
            Southeast Financial Center
            200 South Biscayne Boulevard
            Suite 4700
            Miami, Florida  33131

BY:  BRIAN P. MILLER, Esq., Partner, Trial and

                                Global Disputes

              -and -

    BY:   JACOB PAOLILLO, Esq, Associate, Trial and
                                Global Disputes

Page 3

A P P E A R A N C E S:


Messrs.  THE FEUER LAW FIRM
         Attorneys for Leadenhall Defendants
             (561) 659-1360
             info@feuerlawfirm.com
             Southeast Financial Center
             200 South Biscayne Boulevard
             Suite 4700
             Miami, Florida  33131


     BY:  LEONARD FEUER, Esq.



         LAW OFFICE OF HAROLD E. MORLAN, II, P.A.
         Attorneys for the Defendants
             (407) 399-0077
             hm@halmorlan.com
             P.O Box 2271
             Orlando, Florida  32802-2271

     BY:  HAROLD EUGENE MORLAN, Esq., Principal
             (Not present)

**Page 8**

Plaintiff.

Before we went on the record, I informed Mr. Miller that I have a court conference at noon and my partner, David Pellegrino, will be stepping in around 11:50 or 11:45.  So, he will be appearing at that time on behalf of the Plaintiff and then I will come back.

MR. MILLER:  Good morning.  My name is Brian Miller from King & Spalding in Miami, Florida on behalf of the Defendant, Leadehall Capital Partners, LLC and Leadehall Life Insurance Linked Investments Fund, PLC.

Also with me is an associate from our office, Jay Paolillo.

MR. FEUER:  Leonard Feuer, Leonard Feuer, P.A. on behalf of the Defendant, Noah Davis.

THE REPORTER:  Ms. Logee, please raise your right hand.

THE WITNESS:  (The Witness complied with the request of the Court Reporter.)

THE REPORTER:  Do you solemnly swear or affirm the testimony you shall give will

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
**Jennifer L. Logee on 02/27/2025**

Page 9

be the truth, the whole truth, and nothing but the truth to the best of your understanding and knowledge?

THE WITNESS:  I do.

THE REPORTER:  Please state and spell your full, legal name for the record.

THE WITNESS:  Jennifer Lori Logee, J-E-N-N-I-F-E-R   L-O-R-I   L-O-G-E-E.

THE REPORTER:  Thank you.

You may proceed, Attorney Miller.

J E N N I F E R  L. L O G E E, called as a Witness having been first duly sworn by Margaret Gmerek, a Notary Public within and for the State of Connecticut, was examined and testified as follows.

MR. McCARTHY:  Brian, one second before we start, Howard Morlan, who represents two Defendants in this case, we had a discussion before, we texted him, but we're proceeding without Mr. Morlan, I presume?

MR. MILLER:  Yes.  We sent him the information and I emailed him as well. Also, I understand that he let one of our colleagues know that he may not be able to

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
Jennifer L. Logee on 02/27/2025

Page 47

understanding.

THE WITNESS:  Thank you.

MR. MILLER:  Thank you.

Q    So when was the last time you dealt with anything regarding A-CAP?

A    When was the last time I dealt with anything dealing with A-CAP with 777 Re.?

Q    Right.

A    The end of 2023, early 2024.  It was a while ago.

Q    So at some point in time Steven Pasko's relationship with Brickell Insurance changed; is that correct?

A    At some point in time it changed, I believe so.

Q    What happened, what's your understanding of what happened to cause that change?

A    My understanding is that the management was transitioned from Steven Pasko to individuals at B. Riley.

Q    When did that take place, roughly?

A    Mid year of 2024, so maybe May or June-ish.

Q    Thank you.  Let me ask a little bit about our client, Leadehall; are you familiar with the

Page 48

Leadehall entity?

A    With Leadehall as an entity, yes.

Q    Okay.  And how did you become familiar with Leadehall as an entity?

A    I previously mentioned that as part of my role we monitored compliance with certain contracts.  And one of those was Brickell Insurance Holdings' or Groups' reporting obligation, meaning, there was an agreement that would require that Leadehall be provided with Board materials for certain portfolio companies.

So, it was really making sure that they were included in the meetings, that the agreement required that they be included in and provided with Board materials, in compliance with the agreement.

Q    Was that requirement to provide information with regard to all three of the portfolio companies of Brickell Insurance?

A    It definitely was Merit and Re., I honestly can't recall if Sutton was in there or not.  My recollection is more around making sure that Merit and Re. stuff was included so I think now it was only Merit and Re.

Q    And do you recall what agreement it is that required that reporting to Leadehall?

Page 112

Partners, LLC and Leadenhall entities, dated 06/30/22 was marked as Deposition Exhibit No. 5 for identification, as of this date.)

MS. MILLER:  We will give Jay a minute to send that around and put it up.

Q   Let's scroll to the first page.  All right.

Exhibit 5 is a Subordinated Note Purchase Agreement, dated as of June 30th, 2022, between 777 Partners, LLC and Leadehall entities; have you ever seen this agreement before, --

A   Yes.

Q   -- Ms. Logee?

A   Yes.

Q   What is this agreement?

A   So this would be the agreement that we monitored compliance with certain provisions on, like, making sure Leadehall was invited to Board meetings and provided Board texts, things like that.

Q   So to be clear on your testimony earlier when you were talking about the contract that gave Leadenhall rights to information about certain portfolio companies of Brickell Insurance, this

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
**Jennifer L. Logee on 02/27/2025**

Page 113

Subordinated Note Purchase Agreement, which is Exhibit 5 to your deposition, is the document you were referring to; correct?

A   Well, this was like it.  I mean, this is just Page 1, we're going to look at it; right?

Q   Sure.  We can scroll through it as much as you want, I do want to show you Section 13.5 but I am happy to look at it as much or as little as you need, to Ms. Logee.

A   I mean, I just want to make sure.

Q   Sure.  We'll just scroll through it until you tell us to stop; how is that?

A   Yeah.  That's fine.

Hold, please.  Continue.  Continue. Continue.  Continue.

What section are you going to bring up, 13?

Q   13.5.  Do you want us to go to that?

A   Go ahead.

Q   Okay.  Thank you.

MS. MILLER:  Give Jay a minute to get there.

Q   Okay.  Now, we're look at 13.5 of the Subordinated Note Purchase Agreement.

A   (Witness perusing documents.)

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
Jennifer L. Logee on 02/27/2025

Page 114

Yes.

Q    Are you familiar with this section, Ms. Logee?

A    Yeah.  I mean, it looks familiar to me.

Q    And in Section 13.5 A --

A    Um-hmm.

Q    -- it says, among other things, starting at the end of the second line:  "The Company shall furnish to the Note Administrative Agent such information respecting the business and financial condition of each of the Company, BIH and the Subsidiaries of BIH as the Note Administrative Agent or such Purchaser may reasonably request."

A    Yes.

Q    Is that the provision you were telling us about before that gave Leadehall the right to get information about Brickell Insurance and its subsidiaries?

A    (No response)

MR. McCARTHY:  Objection to the form.

THE WITNESS:  If I recall correctly, throughout the Agreement there is rights for Leadehall to have information, but this is certainly one of those pieces.

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
**Jennifer L. Logee on 02/27/2025**

**Page 123**

CERTIFICATE

STATE OF_____:

COUNTY/CITY OF_____:

Before me, this day, personally JENNIFER L. LOGEE, who, being duly sworn, states that the foregoing transcript of her Deposition, taken in the matter, on the date, and at the time and place set out on the title page hereof, constitutes a true and accurate transcript of said deposition.

_____
JENNIFER L. LOGEE

SUBSCRIBED and SWORN to before me this_____ day of _____, 2025, in the jurisdiction aforesaid.

_____   _____
My Commission Expires      Notary Public

**777 PARTNERS, LLC, et al. vs LEADENHALL CAPITAL PARTNERSHIP LLP, et al.**
**Jennifer L. Logee on 02/27/2025**

**Page 124**

C E R T I F I C A T E

STATE OF CONNECTICUT )

) ss.

COUNTY OF HARTFORD )

I, Margaret Gmerek, a Shorthand (Stenotype) Reporter and Notary Public of the State of Connecticut, do hereby certify that the foregoing Deposition, of the witness, JENNIFER L. LOGEE taken at the time and place aforesaid, is a true and correct transcription of my shorthand notes.

I further certify that I am neither counsel for nor related to any party to said action, nor in any wise interested in the result or outcome thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of March 2025

*Margaret Gmerek*

Margaret Gmerek
MARGARET GMEREK