# Exhibit 17

Message

| | |
|---|---|
| **From:** | Fred Love [flove@suttonpark.com] |
| **Sent:** | 8/25/2023 6:48:34 PM |
| **To:** | Craig Gillespie [Craig.Gillespie@leadenhallcp.com] |
| **CC:** | Josh Wander [jwander@777part.com] |
| **Subject:** | Re: Leadenhall Visit |

Ok. Thanks!  Have a good weekend.

**From:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>
**Sent:** Friday, August 25, 2023 6:47:19 PM
**To:** Fred Love <flove@suttonpark.com>
**Cc:** Josh Wander <jwander@777part.com>
**Subject:** Re: Leadenhall Visit

Fred,

We cancelled our travel plans to FL for due diligence on Monday following the communications we received around Paul's involvement.

I have asked Josh for a time to discuss the issue, however haven't yet been provided with a time when he might be free.

I hope we will be able to reschedule another time for the diligence in the coming weeks.

Regards,
Craig

**Craig Gillespie** | Head of Life and Alternative Credit Portfolio Management

**Leadenhall Capital Partners LLP**
Level 15, 70 Mark Lane, London, EC3R 7NQ

Tel:   +44 (0)207 871 7276
Mob:  +44 (0) 7703 839370
**craig.gillespie@leadenhallcp.com**

Classification: Internal

**From:** Fred Love <flove@suttonpark.com>
**Sent:** Friday, August 25, 2023 11:40 pm
**To:** Craig Gillespie <Craig.Gillespie@leadenhallcp.com>
**Cc:** Josh Wander <jwander@777part.com>
**Subject:** Leadenhall Visit

*** **[EXTERNAL]** This message comes from an external organisation. Exercise caution when opening attachments or clicking links, especially from unknown senders. If you are unsure please attach the mail to a new email and send to servicedesk@lanware.co.uk. ***

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER

777(PL-FL)_00010423

Craig:

Just want to confirm what time Tom will be arriving at our Boca office on Monday.

Also, please be advised that Paul Kosinski will not be permitted in our offices nor should he be provided with any of SuttonPark's confidential information by any Leadenhall employees or representatives. Any other Leadenhall employees are welcome. Thank you.

Fred



**Frederick A. Love**  President & General Counsel
SuttonPark Capital LLC
2255 Glades Road, Ste 100E
Boca Raton, FL 33431
T + 212.537.8806  M + 954.540.4486

Privileged & Confidential: The information contained in this communication is intended only for the confidential use of the intended recipient. If the reader is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, or copying of this communication is strictly prohibited. If you receive this communication in error, please call us immediately at (800) 670-6777, and destroy the communication.

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Leadenhall Capital Partners . If you have received this e-mail in error, please notify the sender and delete this email (including any attachments) from your system. Leadenhall Capital Partners may monitor email traffic data and content of email for the purpose of security.

Leadenhall Capital Partners, Level 15, 70 Mark Lane, London, EC3R 7NQ. Registered in England and Wales. Registration No. OC336969. Telephone +44 (0)20 7871 7294

CONFIDENTIAL PURSUANT TO
PROTECTIVE ORDER

777(PL-FL)_00010424