**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-81143-CV-MIDDLEBROOKS

777 PARTNERS LLC and
SUTTONPARK CAPITAL LLC,

    Plaintiffs,

v.

LEADENHALL CAPITAL PARTNERS, LLP,
LEADENHALL LIFE INSURANCE LINKED
INVESTMENT FUND PLC, NOAH DAVIS,
SAIPH CONSULTING LLC, and
PAUL KOSINSKI,

    Defendants.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Stipulation of Dismissal, filed April 14, 2025. (DE 22). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Parties' claims in this matter are **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as moot.

(3) Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 23 day of April, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE